AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Oct 21, 2025**

SEAN F. McAVOY, CLERK

| ANTHONY MALLGREN | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Civil Action No. 2:25-CV-00226-RLP |
| | ) |
| UNITED STATES OF AMERICA | ) |
| *Defendant* | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other:  Pursuant to the Order filed at ECF No. 14, Mr. Mallgren's Complaint, ECF No. 1, is DISMISSED WITHOUT LEAVE TO AMEND.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge  REBECCA L. PENNELL

Date:  10/21/2025

*CLERK OF COURT*

s/Sean F. McAvoy
*Signature of Clerk*